UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| STEPHEN J. TURNER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:16-cv-03312 |
| | ) | CHIEF JUDGE CRENSHAW |
| SHERRIFF CHRIS DAVIS, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is a Report and Recommendation from the Magistrate Judge, recommending the Court grant Defendant's Unopposed Motion for Summary Judgment. (Doc. No. 28.) No timely objections have been filed. After a de novo review, the Report and Recommendation is **ADOPTED**.

Accordingly, Defendant's Unopposed Motion for Summary Judgment (Doc. No. 20) is **GRANTED**. The Complaint is **DISMISSED WITH PREJUDICE**. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58. The Court **CERTIFIES** that an appeal taken in forma pauperis from this Order would not be taken in good faith. 28 U.S.C. 1915(a)(3).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE